Ex Parte Chico et al.

Petition for a writ of Habeas Corpus.

No. 48.—Decided March 31, 1905.

Habeas Corpus—Grounds for the Petition.—If the application for a writ of *habeas corpus* is not based on any of the grounds enumerated in section 483 of the Code of Criminal Procedure, the writ will not issue.

*Mr. Martínez Quintero,* for petitioner.
*Mr. Rossy, Fiscal,* for The People.

OPINION OF THE COURT.

The petition for a writ of *habeas corpus* filed by Eugenio Benítez Castaño, Esq., attorney for the above named petitioner, not being based upon any of the cases specified under section 483 of the Code of Criminal Procedure, and furthermore this case being entirely different from the case of Francisco Márquez Cuello, which was decided by this Supreme Court, the petition for their discharge is hereby dismissed and therefore it is hereby ordered that the said petitioners Ramón Chico, José Acevedo, Antonio Acevedo, Cruz Concepción, Gregorio Carrera, and Eleuterio López, remain in the custody of the keeper of the Aguadilla jail, by whom they were here produced, with the costs of these proceedings against said petitioners.

*Dismissed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.

Mr. Justice Wolf did not sit at the hearing of this case.